Case 1:23-mj-00074-RMM   Document 1-1   Filed 0

Case: 1:23-mj-00074
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/6/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

At approximately 3:42 pm on March 19, 2023, Mr. Christopher Milleson, of Woodbridge, Virginia, checked into room 427 of the Melrose Hotel, located at 2430 Pennsylvania Avenue Northwest, Washington D.C.

According to hotel employees, after 7:00am on Monday, March 20, 2023, Milleson came to the front desk from his room. Milleson was foaming at the mouth and asked for staff to call the paramedics. Hotel staff did so. Also, Milleson requested that the hotel manager (Witness 1) retrieve Milleson's shoes from Milleson's hotel room. The Witness 1 and assistant manager (Witness 2) entered room 427 and retrieved Milleson's shoes.

When medics arrived, they requested Milleson's biographical information and Milleson instructed Witness 1 that his wallet was in his book bag inside of his hotel room. Milleson gave Witness 1 permission to retrieve his wallet from the room. When hotel management opened his book bag in room 427, they observed a gallon sized Ziploc bag containing a large quantity of US currency as well as a gallon sized Ziploc bag containing a large quantity of white powdery substance. They also observed that the room was in disarray. They saw pill bottles in the room containing suspected narcotics as well as a rolled-up bill (US Currency) on the sink counter with pills and white powder residue on the counter. Management explained later to police that they had to enter and exit the room three times to retrieve items requested by Milleson. Of their own accord, the hotel employees that entered the room took photographs of the hotel room 427 and later provided the photographs to police. Milleson was transported to George Washington University Hospital (GW Hospital) where he was treated in the emergency room. Medical staff later advised that Milleson was stable but was incoherent and aggressive with staff.

At this point hotel management suspected these items were illegal drugs and contacted the Metropolitan Police Department (MPD). At 7:27 am, members of MPD Second District received a radio assignment at 2430 Pennsylvania Avenue NW, Washington D.C. for a male suffering from a medical emergency with illegal drugs observed on scene in the male's hotel room. MPD Officers Johnson and Butler responded and contacted Witness 1. EMS personnel were already on scene treating Milleson when MPD arrived. Hotel management terminated Milleson's contract for his room at 8:30 am on March 20, 2023.

MPD Sergeant Nevil asked the officers on scene if they checked Milleson's hotel room for additional occupants and additional potential medical emergencies. Officers had not checked the room at that point. After speaking with Sergeant Nevil, officers entered the room and ensured no one else was having medical emergencies. The officers did not search any belongings and held the room for detectives.

Detectives Cuevas and Leiva responded to the Melrose Hotel and interviewed the Witnesses 1 and 2 that interacted with Milleson. The detectives learned from Witness 2, who runs the valet service, that Milleson likely had a black Dodge Ram quad cab pick-up truck, which was parked out front, and that the key was apparently inside of room 427. The Dodge Ram bore a Virginia tag UEK-6439. A WALES/NCIC check confirmed the vehicle is registered to Christopher Milleson. Further, hotel management told detectives that Milleson had three cell phones when he was transported by EMS medics. Hotel management overheard Milleson tell the EMS medics that officers could not search his book bag.

After the hotel had already cancelled its contract with Milleson, Detectives went to room 427 with Witness 1 to corroborate observations of hotel management. Detectives observed that

2

two paintings were pulled off the wall, which caused damage to the wall, and a standing lamp was tipped over. Detectives asked if a struggle was reported or if any hotel guests reported a disturbance and there was no reported disturbance. The bathtub was half full of water and the single bedroom with one bed showed that only one half of the bed appeared used. Some of the drawers under a TV in the living room area were opened and on the sink was a rolled-up bill with powder residue on the counter. There were loose pills on the counter as well as a pill bottle in the living room containing pills. On the couch of the living room was a black book bag with a gallon sized Ziploc bag containing an unknown large amount of US currency as well as a gallon sized Ziploc bag containing a large, unknown quantity of a white powdery substance.

MPD officers held hotel room 427, not allowing anyone to enter or exit while Detective Cuevas applied for a search warrant. D.C. Superior Court Judge Gerald I. Fisher approved D.C. Superior Court Search Warrant number 2023 CSWSLD 001019 to search hotel room 427.

MPD searched hotel room 427 at 4:52 pm. It should be noted that hotel room 427 included a bedroom, bathroom, closet, and living room. At the time, Milleson remained at GW Hospital being treated. Milleson was not in police custody yet. MPD recovered the following items from room 427:

In the living room, MPD recovered the following:

- On the couch:
    - A 1-gallon sized Ziplock bag with a plastic bag inside containing a white powdery substance and a rock-like substance, and a sandwich Ziplock bag containing white powdery substance and rock-like substance. The white powdery substance and

3

  - rock-like substance field tested positive for the presence of cocaine. The total weight with packaging was 350.7 grams, which equates to 12.30 ounces or .35 kilograms.
  - A 1-gallon Ziplock bag that contained $9,711.00 in US Currency.
  - $2.59 in US Currency.
  - Brass knuckles.
  - One (1) Alprazolam pill (Benzodiazepine 2 mg schedule 4 controlled substance).
  - A white and gold I-phone (iPhone #1).
  - A Truist bank receipt for a $410,000.00 withdrawal.
  - MPD identified and photographed a Kia car key with a bedazzled key chain, but did not seize this item.
- On the table:
  - An iPad with a tie die case.
  - Mail matter in the name of Chris Milleson.

In the bathroom, MPD recovered the following:

- On the sink counter:
  - Powder residue (not seized or field tested).
  - A rolled up $1 dollar bill.
  - A Citibank card in the name of Scott Miller.
  - Two (2) Alprazolam pills.
  - One (1) Oxycodone pill.

In the bedroom, MPD recovered the following:

4

- Inside the bedroom closest:

    o   A male-sized yellow Versace shoe, which contained $1,265 in US Currency.

- On the bed:

    o   A Dodge Car key.

    o   A gray iPhone with a clear case (iPhone #2).

- Inside the top right drawer of the dresser:

    o   A red zipper bag containing numerous different loose prescription pills (Alprazolam as well as Amphetamine).

    o   An eyeglass case containing $220 in US Currency.

- Inside of the nightstand:

    o   A "Premier" pellet BB gun ammo tin, containing loose prescription medication as well as numerous loose prescription pills.

    o   One (1) Oxycodone prescription medication pill bottle labelled Chris Milleson, containing numerous different prescription medications.

    o   One (1) prescription medication pill bottle labelled "Hadley Blue" that contained prescription medication.

Milleson's Dodge Ram pickup truck bearing VA tags UEK-6439 remained parked in front of the hotel. MPD did not seize or hold the truck while it held and searched the hotel room. MPD seized the Dodge Ram after recovering the illegal narcotics from Milleson's hotel room.

The vehicle is held as evidence at the Violent Crime Suppression Division. The drugs and US currency were seized as evidence and placed on the VCSD property book. The recovered

cocaine has a potential street value of $35,070 if it was to be sold at the common value of $100 per gram.

After executing the search warrant on hotel room 427 and seizing the illegal narcotics, Detective Cuevas learned that Milleson was located inside GW Emergency Room 15. MPD Officer Agave responded to GW Hospital and arrested Milleson at 5:15 pm. Based upon the amount cocaine and US currency, MPD arrested Milleson for Possession with Intent to Distribute Cocaine rather than mere possession.

MPD Sergeant Robinson took a photograph of Milleson in GW Hospital and sent it to Detective Cuevas. Detective Cuevas showed the photo to the Witness 1. The hotel manager confirmed that pictured individual was indeed the man that occupied room 427 and requested medical assistance that morning.

Detectives Cuevas and Marshall met with Officer Agave at GW Hospital, who was with Defendant Milleson in room 15. In the hospital room, Milleson had a bag that contained personal belongings that he brought with him to the hospital. Detectives searched the bag and seized the following:

From inside the bag:

- A iPhone with a bedazzled case (iPhone #3).
- A blue iPhone with a cracked screen (iPhone #4).
- A black iPhone with a clear case (iPhone #5).
- Two (2) packs of 8 milligram suboxone sublingual prescription films.
- $234 dollars in US Currency.

From a black wallet, the following items were photographed (but not seized):

- Business cards.

- Bank cards in the name of Chris Milleson.

- A Virginia Driver's License in the name of Chris Milleson.

While in the hospital, Detective Cuevas asked Milleson how he felt. Milleson sat up, indicated that the oxycodone was prescribed, and said that he was "detoxing." Detectives did not interview Milleson, however, because Milleson appeared to be sleepy. MPD asked no questions regarding the evidence recovered in this case.

On March 27, 2023, Detective Cuevas executed D.C. Superior Court Search Warrant number 2023 CSWSLD 001101 on Milleson's Dodge Ram pickup truck bearing Virginia tag UEK-6439. The vehicle was located in a secure MPD lot located at 2850 New York Avenue, NE. MPD recovered the following items from the vehicle search of Milleson's Dodge Ram:

From on the rear driver's side floorboard:

- A black zipper pouch containing two (2) vials of steroids.

- One (1) vial containing an unknown white powder (submitted for testing).

From under the rear driver's side passenger seat:

- A circular JSB Match Diablo BB gun pellet tin, consistent with the BB gun pellet tin taken from hotel room 427, containing:
    - 103 green pills labelled M30 (Oxycodone 30mg),
    - 21 pills labelled RP15 (Oxycodone 15mg),

7

- - o   Eight (8) pills labelled GG249 (Alprazolam 2mg),
  - o   Four (4) broken pill pieces from the GG249 pills, and
  - o   One (1) pill labelled C50 (non-narcotic).[1]
- One (1) compact black Springfield XDS .45 caliber semi-automatic pistol with the serial number XS606220 in a black holster, loaded with:
  - o   Zero (0) rounds in the chamber,
  - o   One (1) magazine capable of holding five (5) rounds in total, and
  - o   Two (2) .45 caliber rounds in the magazine.

From a clothing hamper near the right rear passenger seat:

- A plastic Ziploc storage container containing 11 plastic vials with black tops. Each vial contained a unknown clear fluid inside. The fluid was submitted for testing.

From a pink plastic box under the right rear passenger seat:

- Numerous vials of liquid labelled as testosterone and steroids, which was submitted for testing.
- An unknown white powder.
- Numerous needles and syringes.
- Clear empty zips consistent with zips typically utilized to package drugs for sale.

---

[1] MPD identified the pills using the pill identifier on drugs.com.

Investigator Javelle processed the firearm. There are no firearm manufacturers in Washington, D.C. Therefore, the firearm and ammunition in this case had to travel in interstate commerce. A copy of the search warrant was left inside of the vehicle.

The quantity of drugs recovered from within the Dodge Ram pickup truck are more consistent with possession with intent distribute rather than mere possession.

On March 28, 2023, MPD obtained surveillance video that captured the area in front of the Melrose Hotel, 2430 Pennsylvania Avenue, NW, on March 19, 2023. The recording captured when Detective Leiva first observed a truck enter the frame. The body style, color and rim style/color of the truck are consistent with Milleson's Dodge Ram. Specifically, Milleson's pickup truck's tire rims are after market and dark in color, which matched the truck in the surveillance video.

The video showed that, after the truck's headlights turned off, an individual wearing a white hooded sweatshirt with the hood up and dark pants (Individual 1) exited the driver's seat at minute marker 00:39. Individual 1's appearance is consistent with Milleson. MPD believes, but has yet confirm, that Milleson was Individual 1.

Individual 1 walked around the rear of the truck and to the front passenger door. At minute marker 01:28, Individual 1 got a black bag out of the passenger door and carried it over his right shoulder as he entered Hotel Melrose. Individual 1 returned to the truck approximately three minutes later with a hotel luggage cart. A black bag hung from the center over-arching piece of the luggage cart. The car disappeared from the camera's view as it was obstructed by the pickup truck. An individual wearing dark clothing, potentially a hotel employee, (Employee 1) followed Individual 1 from the hotel to the truck. Then, Individual 1 got onto the bed of the pick-up truck

9

and hopped back off of the truck around minute mark 04:34. Employee 1 stood on the sidewalk while Individual 1 appeared to manipulate objects in and near the truck. Individual 1 got into the driver's seat at minute mark 04:56 and parked the truck. This is the same parking spot where MPD recovered Milleson's Dodge Ram on March 20, 2023.

When the pickup truck parked, the luggage cart became visible to the surveillance video once again. The cart, which only contained a black back before, had additional luggage on it. Employee 1 pushed the luggage carrier into the front entrance of the Melrose Hotel. Individual 1 got out of the driver's seat and took what appeared to be a light-colored clothes hamper from the rear driver's side of the truck. Individual 1 set the hamper on the sidewalk, returned to the truck where he retrieved clothing. Then, Individual 1 carried the hamper and clothing into the front of the hotel.

No other passengers were observed in the vehicle on surveillance. MPD found no other relevant footage on from the surveillance video.

On March 21, 2023, Christopher Milleson was charged with Possession with Intent to Distribute, in violation of 48 D.C. Code section 904.01(a)(1), in *United States v. Cristopher Milleson,* 2023 CF2 001682. The defendant was released pending trial. The case is scheduled for a Preliminary Hearing in D.C. Superior Court on Monday, April 10, 2023.

_____
Detective Brett Cuevas
Metropolitan Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on April 6, 2023.

_____
Robin M. Meriweather
United States Magistrate Judge
For the District of Columbia